## IN THE MATTER OF THE BOARD OF LEGAL SPECIALIZATION

Supreme Court of Arkansas
Delivered July 7, 1986

PER CURIAM. Pursuant to the Arkansas Plan of Specialization approved July 12, 1982, the following persons are named to the Advisory Commission for three year terms:

Dr. Jim Sloan, of Little Rock, Arkansas.

Fred I. Brown, Jr., of Little Rock, Arkansas.

In addition, Mrs. LaVerne Feaster of Little Rock, Mr. George L. McClure of Malvern, and Mrs. Carol Williams of Little Rock are reappointed for three year terms.

The terms of Rev. James Burns and Mr. D.L. D'Auteuil have expired. This Court expresses its gratitude to Rev. Burns and Mr. D'Auteuil for their service.

## IN THE MATTER OF THE BOARD OF LAW EXAMINERS

713 S.W.2d 241

Supreme Court of Arkansas
Delivered July 21, 1986

PER CURIAM. The Honorable Philip E. Dixon is hereby appointed to serve as a member of The Board of Bar Examiners for the examination to be given in July 1986.